JACOB GLASS, Respondent, v. JACOB OBER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

In the Matter of the Summary Proceedings Brought by KENSINGTON GREAT NECK CORPORATION, Respondent, v. BAKER-CROWELL, INC., Appellant.— Order of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Kapper, JJ.

In the Matter of the Application of THE PATTERSON KING CORPORATION, Respondent, for an Order Directing JAY G. WILBRAHAM, INC., Appellant, to Proceed to Arbitration.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jaycox, Manning, Kelby, Young and Kapper, JJ., concur.

In the Matter of the Judicial Settlement of the Account of Proceedings of CHARLOTTE VAN HOUTEN SWORDS, as Executrix, etc., of ROBERT S. SWORDS, etc., Deceased.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs to all parties payable out of the estate. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

PREMIER SECURITIES CORPORATION, Respondent, v. AARON GOLDSTEIN, Defendant, Impleaded with ROSE GOLDSTEIN, Appellant.— Order granting motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

FREDERIC L. PUTNAM, Respondent, v. JOHN H. WATKINS, WALTER C. BROWN and OTTO F. GHRIST, Appellants, and FRANK P. COMSTOCK, Defendant, Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jaycox, Manning, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES D. COVENEY, Relator, v. NICHOLAS J. HAYES, as Commissioner of the Department of Water Supply, Gas and Electricity of the City of New York, Respondent.— Determination confirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

IDA SHAPIRO, an Infant, by ARON SHAPIRO, Her Guardian ad Litem, Respondent, v. JACK LIPPMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

ANNA SHEVLOWITZ, Appellant, v. WALKER D. HINES (JAMES C. DAVIS, Successor), Director-General of Railroads. LONG ISLAND RAILROAD, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Rich, Jaycox, Kelby and Kapper, JJ., concur; Kelly, P. J., taking no part.

LELAND L. SUMMERS and Another, Respondents, v. RICHMOND ROCHESTER, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

CHARLES JAY DAVIS, JR., an Infant, by CHARLES J. DAVIS, His Guardian ad Litem, Respondent, v. JOHN F. ERDMANN and Others, Appellants.— Motion for stay dismissed. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.